Nov. Term,
Rowe and Another *v.* Templeton.    **1860.**

Glascock
*v.*
Nave.

APPEAL from the *Tippecanoe* Common Pleas.

*Per Curiam.*—Suit on note. Answer, by both defendants: first, denial; second, payment; third, by *W. T. Rowe*, that *Thursday,* he was surety only, and that his principal had fully paid the *January 24.* note. Reply to second paragraph in denial: there was no reply to the third. Trial, and judgment for the plaintiff against both. No motion for a new trial, nor exception taken. The judgment is affirmed, with 5 per cent. damages and costs.

*E. A. Greenlee,* for appellants.

*H. W. Chase* and *J. A. Wilstach,* for appellees.